

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 28, 2018

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| TROY WAYNE MAHANAY | § | CASE NO. 18-41543 |
| DEBTOR(S) | § | |

### ORDER GRANTING MOTION TO REINSTATE CHAPTER 13 CASE

On this day came to be considered the Motion to Reinstate Chapter 13 Case (the "Motion"), filed by TROY WAYNE MAHANAY ("Debtor"). Notice was duly and properly served. No objections were filed. The Court finds that the relief sought in the Motion should be granted.

**IT IS THEREFORE ORDERED** that this case is reopened as an active bankruptcy proceeding.

**IT IS FURTHER ORDERED** that this Chapter 13 case shall be reinstated as an active

Chapter 13 case upon Debtor paying the sum of $2,400.00 to the Chapter 13 Trustee.

**\* \* END OF ORDER \*\***

**AGREED:**

__/s/ Angela Allen_____
Angela Allen
SBOT No. 007869700
Attorney for Tim Truman, Trustee
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180


 /s/ Behrooz P Vida_____
Behrooz P. Vida
SBOT No. 20578040
Carla Reed Vida
SBOT No. 16674445
THE VIDA LAW FIRM, PLLC
3000 Central Drive
Bedford, Texas 76021
Tel:   (817) 358-9977
Fax:   (817) 358-9988
ATTORNEYS FOR DEBTOR(S)